1 | PATRICK T. CONNOR, Bar No. 89136
    pconnor@deconsel.com
2 | YAN GERSHFELD, Bar No. 251375
    ygershfeld@deconsel.com
3 | DeCARLO, CONNOR & SHANLEY
    A Professional Corporation
4 | 533 S. Fremont Avenue, 9th Floor
    Los Angeles, California 90071-1706
5 | Telephone: 213/488-4100
    Telecopier: 213/488-4180

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

7 | ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
    ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8 | FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (Santa Ana)

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>P. STRUCTURES, INC., a California corporation, doing business as PACIFIC STRUCTURES, also known as P STRUCTURES INC, also known as P STRUCTURES INC.; DANIEL BRUCE PINER, an individual, also known as DAN B. PINER, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV 08-1286 AG(ANx)<br><br>AMENDED [PROPOSED] JUDGMENT<br><br>Before the Honorable Andrew J. Guilford<br><br>DATE: August 31, 2009<br>TIME: 10:00 a.m.<br>CTRM: 10D |

This case came for hearing on August 31, 2009 before the Honorable Andrew J. Guilford, United States District Court Judge.

////

1  It appearing that defendants, P. STRUCTURES, INC., a California
2  corporation, doing business as PACIFIC STRUCTURES, also known as P
3  STRUCTURES INC, also known as P STRUCTURES INC. and DANIEL
4  BRUCE PINER, an individual, also known as DAN B. PINER, an individual,
5  having been regularly served with process, having failed to plead or otherwise
6  defend this action and their default having been entered; on application of the
7  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
8  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to
9  the Court and after having considered the papers and arguments submitted in
10 support thereof, and good cause appearing therefore,

11  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
12 CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
13 BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
14 have judgment as follows:

15  <u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE
16 CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
17 SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST P.
18 STRUCTURES, INC., a California corporation, doing business as PACIFIC
19 STRUCTURES, also known as P STRUCTURES INC, also known as P
20 STRUCTURES INC.:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $528,180.53 |
| 2. | Liquidated damages based on original contributions | 50,000.00 |
| 3. | Interest from due dates to June 29, 2009 (accruing at $116.84 per day) | 44,606.34 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 15,163.61 |
| GRAND TOTAL | | $637,950.48 |

5. Plus costs to be determined after entry of judgment.

6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest ~~at the rate of ____ % per annum~~

## AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST DANIEL BRUCE PINER, an individual, also known as DAN B. PINER, an individual:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $85,085.92 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to March 30, 2009 (accruing at $16.54 per day) | 5,309.84 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 5,003.44 |
| **GRAND TOTAL** | | **$95,399.20** |

4. Plus costs to be determined after entry of judgment.

5. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest ~~at the rate of ____ % per annum~~

DATED: Sept. 4, 2009

THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: _____
YAN GERSHFELD
Attorney for Plaintiffs